UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jane Thurman, Carolyn Holmes, Alma
Debell, Linda Conn, Mary Ann Boorn,
Shirley Sutherlin,

        Plaintiffs,          Civil No. 06-838 (RHK/AJB)

vs.          **DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Wyeth, d/b/a Wyeth, Inc., d/b/a
Wyeth Pharmaceuticals, Pfizer, Inc.,
Mylan Pharmaceuticals, Inc.,

        Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 9, 2005, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: February 27, 2006

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge